IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NUSTAR TERMINALS MARINE SERRVICES N.V., | § § § |
| Plaintiff, | § § Civil Action No.: 2:14-cv-03335 |
| v. | § § Filed under Rule 9(h) Fed R. Civ. P. |
| LNG FINIMA, IMO No. 7702401, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, | § § ADMIRALTY § § |
| Defendant. | § § |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, NuStar Terminals Marine Services N.V., who respectfully submits that an interpleader action has been filed in Southern District of New York whereby the owners of the LNG FINIMA seek to deposit the funds owed to Plaintiff into that Court's registry. Plaintiff will seek the appropriate relief it is due in the interpleader action. Therefore, Plaintiff respectfully requests that this Court issue an Order dismissing any and all claims asserted or relief sought in this case, without prejudice.

5181531_1

Respectfully submitted:

**KEAN MILLER LLP**

*s/Stephen C. Hanemann*

**BRADLEY J. SCHLOTTERER (#24211)**
**STEPHEN C. HANEMANN (#28069)**
**TERRENCE D. McCAY (#26410)**
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
Email: stephen.hanemann@keanmiller.com

*Attorneys for Plaintiff*
NuStar Terminals Marine Services N.V.

2